Order

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
CIVIL NO. 3:21-cv-00379

Kang Jin, Plaintiff,

v.

Andrew Saul, Commissioner, Social Security Administration, Defendant

Order Granting Plaintiff's Motion for a 30 Day Extension of Time to File Application to Proceed In Forma Pauperis.  The Clerk is directed to randomly assign this case.

Date:  1/15/2021                                By: *Haywood S. Gilliam, Jr.*